IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

**Quarla Blackwell**
804 Chestnut Street
Kinston, NC 28501

Plaintiff,

v.

**City of Kinston**
207 E. King Street

Kinston, NC 28501

and

**Kinston Police Department**
1501 N. Queen Street
Kinston, NC 28501

Defendants.

Civil Action No.: _____

# I. PARTIES

Plaintiff **Quarla Blackwell** is a resident of Kinston, North Carolina.

Defendant **City of Kinston** is a municipal government responsible for public safety, law-enforcement oversight, and public communications.

Defendant **Kinston Police Department ("KPD")** is the municipal law-enforcement agency responsible for responding to calls for service, maintaining public safety, and issuing public statements.

# II. JURISDICTION AND VENUE

4. This action arises under the Constitution and laws of the United States, including **42 U.S.C. § 1983**.
5. This Court has jurisdiction under **28 U.S.C. § 1331**.
6. Supplemental jurisdiction exists under **28 U.S.C. § 1367**.
7. Venue is proper under **28 U.S.C. § 1391(b)** because the events giving rise to this action occurred in Kinston, North Carolina.

# III. FACTUAL ALLEGATIONS

## A. Defamation and Public Harm

8. Plaintiff alleges that the City of Kinston and KPD published false and defamatory statements about her on official platforms during the 2025 election cycle.
9. These statements were made publicly, shared widely, and created the false impression that Plaintiff had engaged in criminal or improper conduct.
10. The City later removed the posts and issued an apology, but the damage to Plaintiff's reputation, credibility, and public standing had already occurred.
11. Plaintiff alleges that these defamatory statements were made during an active election, causing direct harm to her campaign, her community reputation, and her emotional well-being.

## B. Improper Criminal Charges and Selective Enforcement

12. Plaintiff was charged by KPD with two felony counts of swearing falsely and perjury, despite being listed as an active, eligible voter in the State's official voter-registration system.
13. Plaintiff alleges that these charges were improper, retaliatory, and made possible only because the State failed to maintain accurate voter records.
14. Plaintiff further alleges that KPD charged her with operating an online gaming system, even though walk-in sweepstakes businesses operate openly throughout Kinston and Lenoir County, and online sweepstakes are used by many individuals locally.
15. Plaintiff alleges that she was singled out, treated differently from others engaged in similar conduct, and subjected to selective enforcement.
16. Plaintiff believes these actions were discriminatory, retaliatory, and intended to harm her reputation and livelihood.

## C. Failure to Protect and Serve

17. Plaintiff alleges that KPD no longer provides her with equal protection or basic police services.
18. On one occasion, Plaintiff called for help as a victim, but the resulting police report falsely listed Plaintiff as the suspect, despite her being the reporting party.
19. Plaintiff alleges that this report was inaccurate, misleading, and created without proper investigation.
20. On another occasion, Plaintiff called KPD for assistance. The responding officer visited her home twice, but no report was created.
21. A report was only generated weeks later, and only after Plaintiff repeatedly requested it.
22. Plaintiff alleges that these failures demonstrate a pattern of retaliation, discrimination, and refusal to provide her with the same level of protection afforded to other residents.

## D. Combined Harm

23. Plaintiff alleges that the combined actions of the City of Kinston and KPD—including defamation, selective enforcement, improper charges, and failure to provide police services—have caused her:
- Emotional distress
- Fear for her safety
- Reputational harm
- Loss of trust in law enforcement
- Damage to her livelihood
- Ongoing anxiety and instability
24. Plaintiff asserts that these actions form a pattern of misconduct that has deprived her of equal treatment, fair process, and basic protections owed to all residents.

# IV. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court grant the following relief:

A. Declaratory judgment.
B. Injunctive relief.
C. Correction of the official record.
D. Reversal or correction of the criminal charges.

E. $5,000,000 in damages, or an amount deemed just by the Court, for emotional distress, reputational harm, economic loss, fear for safety, and damage to livelihood.

Plaintiff further states that the requested amount of $5,000,000 represents approximately half of the annual operating budget of the Kinston Police Department, and reflects the magnitude of the harm inflicted and the extent to which Defendants' actions disrupted and damaged her life.

Respectfully submitted,

Quarla Blackwell
804 Chestnut Street

Kinston, NC 28501

# CIVIL COVER SHEET — JS-44

**Plaintiff:** Quarla Blackwell
**Defendants:** City of Kinston; Kinston Police Department
**Jurisdiction:** Federal Question
**Nature of Suit:** 440 Civil Rights
**Cause:** 42 U.S.C. § 1983
**Relief:** Declaratory, injunctive, monetary

**Class Action:** No

# VERIFICATION

I, Quarla Blackwell, declare under penalty of perjury that the facts stated in this Complaint are true and correct to the best of my knowledge.

Executed on _____, 2026.

Quarla Blackwell

## CERTIFICATE OF SERVICE

I certify that on _____, 2026, I served a copy of the Complaint and Summons on:

1. City of Kinston
2. Kinston Police Department

Service by: Certified Mail / Sheriff / Process Server / Other

**Quarla Blackwell**

## CERTIFICATE OF SERVICE

I certify that on _____, 2026, I served a copy of the Complaint and Summons on:

1. City of Kinston
2. Kinston Police Department

Service by: Certified Mail / Sheriff / Process Server / Other

**Quarla Blackwell**

**EXHIBIT LIST**

A – Defamatory posts
B – Public apology
C – Incorrect police report
D – Delayed police report
E – Criminal charging documents
F – Proof of active voter status
G – Evidence of selective enforcement

H – Correspondence with KPD