

# Kinston Police Department
Incident Report for 2521429

| | |
|---|---|
| **Nature:** L-FRAUD | **Address:** 110 S HERRITAGE ST # C;<br>LENOIR COUNTY BOARD OF<br>ELECTIONS |
| **Location:** 220 | Kinston NC 28501 |

**Offense Codes:** 90Z  
**Received By:** Jones, M  
**Responding Officers:** Jones, M  
**Responsible Officer:** Jones, M  
**When Reported:** 12:00:00 07/14/25  

**Statute Codes:** 5003  
**How Received:** O   **Agency:** KPD  
**Disposition:** CLO 10/01/25  
**Occurred Between:** 12:00:00 07/14/25 and 12:05:00 07/14/25  

**Assigned To:**   **Detail:**   **Date Assigned:** **/**/**  
**Status:**   **Status Date:** **/**/**   **Due Date:** **/**/**

**Complainant:**  
**Last:**   **First:**   **Mid:**  
**DOB:** **/**/**   **Dr Lic:**   **Address:**  
**Race:**   **Sex:**   **Phone:**   **City:**

## Offense Codes
**Reported:**   **Observed:**  
**Additional Offense:** 90Z All Other Offenses

## Statute Codes
**Additional Statute:** 5003 PERJURY

## Circumstances
N/A None

**Responding Officers:**   **Unit:**  
Jones, M

**Responsible Officer:** Jones, M   **Agency:** KPD  
**Received By:** Jones, M   **Last Radio Log:** **:**:** **/**/**  
**How Received:** O Officer Inicial   **Clearance:** CLR Call Completed  
**When Reported:** 12:00:00 07/14/25   **Disposition:** CLO **Date:** 10/01/25  
**Judicial Status:**   **Occurred between:** 12:00:00 07/14/25  
**Misc Entry:**   **and:** 12:05:00 07/14/25

12/15/25

Incident Report for 2521429                                                                 Page 4 of 5

### Narrative

On September 19, 2025, Detectives were notified of a post made on the Neuse News Facebook page regarding a formal protest filed against Quarla Blackwell, a candidate for an at-large seat on the Kinston City Council. The protest alleged Blackwell was ineligible to serve because she was currently on probation following a felony conviction. Detectives reviewed the article and made contact with the Lenoir County Board of Elections. I spoke by phone with a staff member and requested a copy of the protest and Blackwell's election filing paperwork. Later that day, I received an email from the Lenoir County Board of Elections with the requested documents. Findings from the paperwork are as follows:

(1) On March 20th, 2023 Blackwell was convicted of a Class I felony: Attempt to Flee to Elude Arrest, court number 22CR050325-530. Blackwell pled guilty pursuant to Alford and was placed on supervised probation for a period of 60 months.

(2) On July 14th, 2025, Blackwell filed with the Lenoir County Board of Elections for candidacy for Kinston City Council for the November 4th, 2025, elections. On this filing Blackwell disclosed a felony conviction. On July 15th, 2025, Blackwell filed a felony disclosure where she put her rights were restored as of "2025". which is false due to her not receiving her rights back till the end of probation.

(3) On July 31st, 2025, Blackwell appeared in Lenoir County Superior Court, where she was taken off supervised probation and placed on unsupervised probation. Her probation will not end till 2028.

(4) Based on the evidence reviewed, it is clear Blackwell knowingly misrepresented her probation status in order to qualify for candidacy. She filed the election paperwork knowing the information to be false, thereby committing perjury when swearing to the accuracy of the documents as it pertains to her lying about having her rights back.

(5) On On September 30th, 2025 at approximately 1815 hours, Ms. Blackwell was taken into custody in the parking lot of the Lenoir County Sheriff's Office. She was issued a $50,000 unsecured bond and released.

Responsible LEO:

Approved by:

Date

12/15/25

| File No. 25CR427481-530 | Law Enforcement Case No 25-21429 | LID No |
|---|---|---|
| **WARRANT FOR ARREST** <br> THE STATE OF NORTH CAROLINA VS. | KINSTON POLICE DEPARTMENT <br> **STATE OF NORTH CAROLINA** <br> LENOIR County | In The General Court Of Justice <br> District Court Division |

Name And Address Of Defendant
QUARLA NAKIA BLACKWELL
804 CHESTNUT ST
KINSTON   NC   28501
530 COUNTY   (919) 292-8020

Spoken Language Court Interpreter Needed For Any Party, Victim, Or Witness? (If Yes, identify person(s) and language(s) Interpreters provided for all court proceedings at no cost.)
[X] No   [ ] Yes (explain)

**OFFENSE(S)** (see AOC-CR-100 Continuation(s) for charging text)

| Count No. | Offense | Offense In Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | F - PERJURY | 14-209 | 5003 |
| 2 | F - Swear Falsely | 163-275(4) | 2699 |

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | F | 05/07/1974 | 51 |

Name Of Defendant's Employer

Date Of Offense
07/15/2025

[ ] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)
Mckinley Jones
KINSTON POLICE DEPARTMENT
205 East King St
KINSTON   NC   28502
LENOIR

Witness Information

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | |
|---|---|---|---|
| 09/30/2025 | W. A. Shambeau | W A Shambeau | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court <br> [ ] District Court Judge [ ] Superior Court Judge |

Location Of Court: Lu Co. District ct Lu 1
Court Date: 10/1/25
Court Time: 9:30 a

**WAIVER OF PROBABLE CAUSE HEARING**
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

AOC-CR-100, Rev. 7/24, © 2024 Administrative Office of the Courts
(Over)
**Defendant**
VRA Case

| STATE VERSUS | LENOIR County | File No. 25CR427481-530 |
|---|---|---|
| Name Of Defendant: QUARLA NAKIA BLACKWELL <br> Date Of Issuance Of Warrant For Arrest: 09/30/2025 | NOTE: Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5). | |

**OFFENSES (continued)**

**Count 1.  Offense: F - PERJURY**

*Charging Text For This Count*

On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did corruptly commit perjury upon the trial of an action in district court in Lenoir wherein State of North Carolina was the plaintiff and Quarla Blackwell was the defendant, by falsely asserting on solemn affirmation that Blackwell swore on a Municipal Notice of Candidacy as a candidate for an at-large seat on the Kinston City Council. Blackwell filed a felony disclosure where she put her rights were restored as of "2025", which is false due to her not receiving her rights back till the end of probation which will be restored in 2028. , knowing the statement, which was material, to be false .

**Count 2.  Offense: F - Swear Falsely**

*Charging Text For This Count*

On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did By Defendant to knowingly, swear falsely, with respect to any matter pertaining to any primary or election..

# STATE OF NORTH CAROLINA

**LENOIR** County

File No: **25CR427481-530**

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
**QUARLA NAKIA BLACKWELL**
**804 CHESTNUT ST**

**KINSTON**    NC    28501

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

Process No: **R0-25-669383**
Amount Of Bond: **$50,000.00**

### File Numbers And Offenses
25CR427481-530   WFA; F - FELONY; F - Swear Felony.

---

☐ See Attachment

**Location Of Court:** Lenoir Co. Courthouse, Courtroom DCR1    ☒ District ☐ Superior    Date: **10/01/2025**    Time: **9:30 AM**

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your ☐ WRITTEN PROMISE to appear ☒ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☐ SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☒ The defendant is required to provide (check all that apply) ☒ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her (check all that apply) ☒ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242 ☐ AOC-CR-270 ☐ AOC-CR-630 ☐ AOC-CR-631 ☐ AOC-CR-660 ☐ Other _____

**Additional Information**

| Date | Name Of Judicial Official | Signature Of Judicial Official | |
|---|---|---|---|
| 09/30/2025 | KC Jones | C. Jones | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose _____

☐ For charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8 produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest) _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| Billy Smith Center | 09/30/2025 | KC Jones | C. Jones |

AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts    (Over)    **VRA Case**

**Defendant**

Case 4:26-cv-00007-FL-RN    Document 1-2    Filed 01/15/26    Page 5 of 13

# Kinston city council candidate released after arrest for perjury

By WITN Web Team

*Published: Sep. 30, 2025 at 5:29 PM EDT | Updated: 29 minutes ago*



KINSTON, N.C. (WITN) - A Kinston city council candidate who some say shouldn't be on the ballot, was taken into custody Tuesday evening.

Police said Quarla Blackwell showed up at the magistrate's office late this afternoon. However, they say she decided she wasn't ready for her arrest and left before officers could arrive.

Police say she later returned and was taken into custody. Police say she has now been released on an unsecured bond.

She is charged with perjury and swearing falsely, all stemming from a formal protest filed September 18th by the chair of the Lenoir County Republican Party, Sean Keenan.

       

Kinston Police Department

🔍 quarla blackwell

 **Kinston Police Department** · Follow
September 30, 2025 · 🌐

\*Update\*

Blackwell turned herself in to law enforcement. She was released on an unsecured bond.

---

On September 19, 2025, the Kinston Police Department's Investigations Division initiated an investigation into Quarla Blackwell, 51, of Kinston. The investigation stemmed from a complaint regarding a formal protest regarding Blackwell's eligibility to run for an at-large seat on the Kinston City Council.

The protest alleged that Blackwell was ineligible to serve due to being on probation for a felony conviction. Detectives determined that Blackwell had misrepresented her probation status in order to qualify as a candidate. By knowingly submitting false information on her election paperwork, Blackwell committed perjury when swearing to the accuracy of those documents.

On September 30, 2025, detectives obtained warrants charging Blackwell with Perjury and Swearing Falsely. All attempts to locate Blackwell have been unsuccessful.

Please use caution - Blackwell has a history of assaults (including against Law Enforcement).

Anyone with information about this incident is urged to contact the Kinston Police Department's Tips Line at 252-939-4020, Lenoir County Crime Stoppers at 252-523-4444, or through the KPD iWITNESS available on our website. Calls to Crime Stoppers are confidential and anonymous, and tipsters may be eligible for a cash reward for information leading to an arrest.en



Sponsored

Story by News 12 Staff • 3mo •   1 min read   🌀 Summarize



Kinston Police Department apologizes to Quarla Blackwell over misleading post

The Kinston Police Department has issued an apology to Quarla Blackwell over an inaccurate social media post made on Tuesday, Sept. 30, while in the process of attempting to serve warrants to

Kinston  ☁ 55°F  ⚙

Q  Search the web   

then fled. That update was later edited and changed to say they were still searching for Blackwell.



**Nonprofit Fundraising...**
zeffy.com · Sponsored

A reply to that initial post said the following:

"Today, KPD admin followed up on a previous post and we recently discovered the following clarification:

KPD was notified by dispatch that Ms. Blackwell was at the magistrate's office. Officers responded to serve the warrants; however, upon arrival, she was not there and it was believed she had fled.

The follow-up investigation revealed that there had been a miscommunication involving a phone call Ms. Blackwell made to the 911 center. During the call, she stated that she was on the way to the magistrate's office, not that she was already there. Unfortunately, the information relayed to officers at the time was inaccurate.

We sincerely apologize to Ms. Blackwell and to our community for the confusion caused by this miscommunication. Our goal is always to provide accurate information, and we will continue to update the community as new facts are confirmed."

## Sponsored Content



BeenVerified
**What Does Your Name Mean?**
Sponsored



cit.com
**Get Up To a $300 Cash Bonus - Don't Miss This Cash Bonus - CIT Bank Platinum Savings**
Sponsored

## More for You



h. Heavy · 23h



San Francisco 49ers On SI

Quarla Blackwell was charged with perjury and swearing falsely, all stemming from a formal protest filed September 18th by the chair of the Lenoir County Republican Party, Sean Keenan.

Police originally posted on social media that they were looking to arrest the woman, but couldn't find her. They then posted that she had turned herself in at the magistrate's office, "...however she fled before officers arrived."

Blackwell called into the WITN newsroom last night and told us, "I only showed up one time to the magistrate's office. What the police are saying is a lie."

ADVERTISEMENT

Today, police say it was miscommunication between the 911 center and officers.

They say Blackwell told 911 she was en route to the magistrate's office, not that she was already there. Police say when they arrived and didn't find Blackwell, they believed she had left.

"We sincerely apologize to Ms. Blackwell and to our community for the confusion caused by this miscommunication," Kinston police posted on social media. "Our goal is always to provide accurate information, and we will continue to update the community as new facts are confirmed."

*Copyright 2025 WITN. All rights reserved.*

**One Bite Of This Can Keeps Blood Sugar Below 100 (Try Tonight)**
Wellness Guide | Sponsored

**New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity**
Blavity.com | Sponsored







 **Quarla Blackwell**
September 8, 2025

The Kinston Police Department need to get it together... even the police report reveals his rights being violated.... How you not only unlawfully go through his phone but a... See more

| File No. 25CR489098-530 | Law Enforcement Case No. 25-20419 | LID No. |
|---|---|---|

**WARRANT FOR ARREST**

**THE STATE OF NORTH CAROLINA VS.**

KINSTON POLICE DEPARTMENT

**STATE OF NORTH CAROLINA**
LENOIR County

In The General Court Of Justice
District Court Division

Name And Address Of Defendant
QUARLA NAKIA BLACKWELL
804 CHESTNUT ST
KINSTON   NC   28501
LENOIR COUNTY   (252) 558-2789

Spoken Language Court Interpreter Needed For Any Party, Victim, Or Witness? (If Yes, identify person(s) and language(s). Interpreters provided for all court proceedings at no cost.)
[X] No   [ ] Yes: (explain)

**OFFENSE(S)** (see AOC-CR-100 Continuation(s) for charging text)

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | F | 05/07/1974 | 51 |

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | F - MONEY LAUNDERING <$100,000 | 14-118.8(b) | 2697 |
| 2 | F - MONEY LAUNDERING <$100,000 | 14-118.8(b) | 2697 |
| 3 | F - MONEY LAUNDERING <$100,000 | 14-118.8(b) | 2697 |
| 4 | F - MONEY LAUNDERING <$100,000 | 14-118.8(b) | 2697 |
| 5 | M - OTHER - FREE TEXT | 14-306.3 | 9999 |
| 6 | M - GAMBLING | 14-292 | 3931 |

Name Of Defendant's Employer

Date Of Offense
08/06/2025

[ ] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)
A. Gonzalez
KINSTON POLICE DEPARTMENT
205 East King St
KINSTON   NC   28502
LENOIR

Witness Information

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | | |
|---|---|---|---|---|
| 12/18/2025 | S. M. Green | Green | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge | |

Location Of Court
Lenoir Co - District Ct Rm #1

Court Date 12/29/25   Court Time 9:30 am

**WAIVER OF PROBABLE CAUSE HEARING**
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

(Over)
Defendant

AOC-CR-100, Rev. 12/25, © 2025 Administrative Office of the Courts   VRA Case

 Comment  Share

56°

**TOPICS:** QUARLA BLACKWELL  MONEY LAUNDERING  KINSTON POLICE  ILLEGAL CASINO  GAMBLING CHARGES  >

A recent Kinston City Council candidate was arrested Tuesday, Dec. 23, 2025, following a months-long investigation, according to the Kinston Police Department.

Police say officers arrested Quarla Blackwell at her home without incident. Detectives report the arrest stems from an investigation that allegedly uncovered an illegal casino operation. Investigators say the activity was conducted through Facebook.



Blackwell is charged with four counts of money laundering and two gambling-related charges. Authorities say the investigation remains ongoing and additional charges could be filed as detectives continue their work.

ADVERTISEMENT